UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPETITIVE ENTERPRISE INSTITUTE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant*. | Civ. A. No. 17-2032 (APM)<br>Civ. A. No. 17-2438 (APM) |

**DEFENDANT'S CONSENT MOTION TO ENLARGE BRIEFING SCHEDULE**

Defendant moves, pursuant to Federal Rule of Civil Procedure 6(b), to enlarge the remainder of the briefing schedule on the parties' cross-motions for summary judgment by approximately one week.  Under the current briefing schedule that the Court set on August 5, 2019, Defendant's cross-motion for summary judgment and opposition to Plaintiff's motion is due on or before November 13, 2019.

Defendant requests that the Court enlarge the deadline for Defendant's combined cross-motion and opposition and the remainder of the briefing schedule as follows:  Defendant's combined cross-motion and opposition to be due on or before November 21, 2019; Plaintiff's combined reply and opposition to be due on or before December 4, 2019; and Defendant's reply to be due on or before December 17, 2019.

Defendant is unable to meet the current deadline for its cross-motion and opposition because undersigned counsel is managing a number of filing deadlines and running behind schedule in this case by about a week.  Defendant requests an enlargement of the deadlines in this matter to accommodate counsel's busy litigation schedule and to ensure that its counsel has sufficient time to devote to this matter before the next filing deadline.  The parties conferred on

this request and Plaintiff, through counsel, consents to the requested enlargement and to the dates set forth in Defendant's proposal.  This is Defendant's first request to enlarge the briefing schedule in this matter.

      Accordingly, Defendant requests that the Court grant this Motion and enlarge the briefing schedule for the parties' cross-motions for summary judgment.  A proposed order with the revised deadlines is attached.

November 7, 2019

                    Respectfully submitted,

                    JESSIE K. LIU
                    D.C. Bar 472845
                    United States Attorney

                    DANIEL F. VAN HORN
                    D.C. Bar 924092
                    Chief, Civil Division

                    By:  */s/ Daniel P. Schaefer*
                    DANIEL P. SCHAEFER
                    D.C. Bar 996871
                    Assistant United States Attorney
                    555 4th Street, N.W.
                    Washington, D.C. 20530
                    (202) 252-2531
                    Daniel.Schaefer@usdoj.gov

                    *Counsel for Defendant*