# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPETITIVE ENTERPRISE INSTITUTE, *Plaintiff*, v. U.S. DEPARTMENT OF STATE, *Defendant*. | Civ. A. No. 17-2032 (APM) Civ. A. No. 17-2438 (APM) |

## [PROPOSED] ORDER

Upon consideration of Defendant's Consent Motion to Enlarge Briefing Schedule and the entire record herein, it is this ___ day of _____, 2019, **ORDERED** that Defendant's Motion is **GRANTED**.

The Court modifies the briefing schedule for this matter as follows: Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment shall be filed on or before November 21, 2019; Plaintiff's Combined Reply and Opposition to Defendant's Motion for Summary Judgment shall be filed on or before December 4, 2019; and Defendant's Reply shall be filed on or before December 17, 2019.

_____
Date

_____
Amit P. Mehta
United States District Judge