# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPETITIVE ENTERPRISE INSTITUTE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 17-cv-02032 (APM) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

For the reasons stated in the Memorandum Opinions entered on September 15, 2020, ECF No. 40, and August 10, 2022, ECF. No. 52, the court enters judgment in favor of Defendant United States Department of State.

This is a final, appealable order.

Dated: August 10, 2022

Amit P. Mehta
United States District Court Judge